DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## 12 JUNE 2003

| | | | |
|---|---|---|---|
| No. 215P02-2<br><br>Case below:<br><br>158 N.C. App. 698 | State v. Brooks | 1. Def's NOA Based Upon a Constitutional Question (COA02-851)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed with instructions to correct clerical errors |
| No. 131P01-5<br><br>Case below:<br><br>153 N.C. App. 524 | State v. Dove | 1. Def's Petition for Rehearing on PDR/Petition to Have Error Corrected (COA01-1085)<br><br>2. Def's Petition for Rehearing<br><br>3. Def's Motion for Court to Determine if a Witness Charged With "Accessory After the Fact" Possesses "A Privilege Not to Testify" | 1. Dismissed<br><br><br>2. Dismissed<br><br>3. Dismissed |
| No. 026P03<br><br>Case below:<br><br>154 N.C. App. 742 | State v. Gant | 1. Def's NOA Based Upon a Constitutional Question (COA2-393)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br><br>3. Allowed |
| No. 288P03<br><br>Case below:<br><br>157 N.C. App. 574 | State v. Gonzalez | 1. Def's NOA Based Upon a Constitutional Question (COA02-1173)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| No. 188P03<br><br>Case below:<br><br>156 N.C. App. 427 | State v. Hall | Def's PDR Under N.C.G.S. § 7A-31 (COA02-460) | Denied |
| No. 072P03<br><br>Case below:<br><br>155 N.C. App. 221 | State v. Harding | Def's PDR Under N.C.G.S. § 7A-31 (COA02-313) | Denied |
| No. 207P03<br><br>Case below:<br><br>145 N.C. App. 715 | State v. Harrison | Def's PWC to Review the Decision of the COA (COA00-834) | Denied |
| No. 293P03<br><br>Case below:<br><br>153 N.C. App. 396 | State v. Hyman | Def's PWC to Review the Decision of the COA (COA01-1397) | Denied |